UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DONNA NEWELL,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 8:24-cv-00502 PD<br><br><u>ORDER AWARDING</u><br><u>EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  December 02, 2024      _____
                                           HON. PATRICIA DONAHUE
                                           UNITED STATES MAGISTRATE JUDGE